| | |
|---|---|
| 1 | LAW OFFICES OF VICKI I SARMIENTO |
| | A Professional Corporation |
| 2 | VICKI I SARMIENTO, SBN 134047 |
| | 333 N Garfield Avenue |
| 3 | Alhambra, California 91801 |
| | Telephone (626) 308-1171 |
| 4 | |
| | LAW OFFICES OF MILTON C GRIMES |
| 5 | MILTON C GRIMES, SBN 59437 |
| | 3774 West 54th Street |
| 6 | Los Angeles, Californian 90043 |
| | Telephone (323) 295-3023 |
| 7 | |
| | Attorneys for Plaintiff MICHAEL D TYLER, a minor |
| 8 | by and through his Guardian Ad Litem GRACIELA PEREZ, |

FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2005

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DOUGLAS TYLER, a minor, by and through his Guardian Ad Litem, GRACIELA PEREZ, | | CASE NO   EDCV 03-00233-RT (SGLx) |
| | Plaintiff, | [PROPOSED] ORDER APPROVING MINOR'S COMPROMISE AND DISBURSING FUNDS |
| vs | | |
| CITY OF FONTANA, FRANK SCIALDONE, TIM FRYDENDALL, CARLO GRANILLO, OFFICER R LOPEZ, OFFICER P COYLE, SERGEANT ANDERSON, LT TIM NEWSOME and DOES 1-50, inclusive, | | |
| | Defendants | |
| JEANNINE TYLER, individually and as Administrator of the Estate of DAVID MICHAEL TYLER, JOSEPH TYLER | | CASE NO   EDCV 03-00283-RT (SGLx) |
| | Plaintiff, | |
| vs | | |
| CITY OF FONTANA, et al | | |
| | Defendant | |

DOCKETED ON CM

MAR 14 2005

045

54

1

EX PARTE APPLICATION FOR ORDER APPROVING MINOR'S COMPROMISE AND DISBURSING FUNDS

The Court, being fully advised in the purpose of Petitioner, Graciela Perez' Ex Parte Application Approving Minor's Compromise and Disbursing Funds, as Guardian ad Litem of Minor Plaintiff Michael Douglas Tyler,

**IT IS ORDERED:**

1  The settlement of this action against the defendants City of Fontana and all individual defendants in the sum of $975,000 00 is hereby approved  The settlement funds are to be distributed forthwith as provided herein

2  Defendants, City of Fontana, et al , have prepared drafts for the total settlement proceeds, payable as follows

(a) $713,204 32 payable to American General Annuity Service Corporation as Assignee from the settlement proceeds for the benefit of minor Michael Douglas Tyler, for purchase of an Annuity in accord with the Addendum (Exhibit "A") to this order which outlines the future periodic payments  American General Life Company, an A++ insurance company, will act as the Annuity Issuer  AGC Life Insurance Company, an A++ insurance company will act as guarantor of the assignee

(b) $261,795 68 payable to the Law Offices of Vicki I  Sarmiento, said amount representing Attorney's Fees and Costs

3  The Court directs the Assignee to purchase the annuity contract with the sum of $713,204 32 on behalf of minor, Michael Douglas Tyler by April 15, 2005  The funds shall be disbursed in accord with the terms of the Annuity as outlined in the Addendum attached to this Order as Exhibit "A"  AGC Life Company will act as guarantor of the assignee  Any

2
EX PARTE APPLICATION FOR ORDER APPROVING MINOR'S COMPROMISE AND DISBURSING FUNDS

payments due to Michael Douglas Tyler prior to his attaining majority shall be made payable to Graciela Perez as mother and natural guardian for Michael D Tyler for the sole use and benefit of Michael. Upon the minor Michael Douglas Tyler reaching the age of majority, disbursement drafts will be made payable directly to the minor

4. The Court approves the amount of $261,795.68 as payment in full of Attorney's Fees and costs to the Law Offices of Vicki I Sarmiento. That amount reflects $243,750.00 for Attorney's Fees (25% of total settlement award) and $18,045.68 for Costs, which are itemized in the attached Exhibit "B". Attorney's fees and costs to be paid by March 17, 2005

DATED  3/11/05

HONORABLE ROBERT J TIMLIN

---
3
EX PARTE APPLICATION FOR ORDER APPROVING MINOR'S COMPROMISE AND DISBURSING FUNDS

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 N. Garfield Avenue, Alhambra, California 91801.

On March 10, 2005, I served the following document described as

**[PROPOSED] ORDER APPROVING MINOR'S COMPROMISE AND DISBURSING FUNDS**

served on the interested parties by placing a true copy thereof enclosed in sealed envelope addresses as follows:

Linda Martin, Esq.
RINOS & MARTIN, LLP
825 North Parkercenter Drive, Ste. 110
Santa Ana, California 92705
(Counsel for Defendants City of Fontana, Frank Scialdone, Tim Fryendall and Carlo Granadillo)

I deposited such envelope in the mail at Alhambra, California. The envelope was mailed with postage thereon fully prepaid.

I am readily familiar with the firm's practice and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit of mailing in affidavit.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 10th day of March 2005 at Alhambra, California.

_____
SANDRA Y. VIDAL

Case 5:03-cv-00233-RT-SGL   Document 54   Filed 03/11/05   Page 5 of 10   Page ID #:74

## ADDENDUM
## DESCRIPTION OF BENEFITS

Claimant          : Estate of David Tyler
Life Company      : American General Life Insurance Company
Assignee Company: American General Annuity Service Corporation

*For Michael Douglas Tyler:*

Guaranteed payments continuing for three (3) years only, providing $500 per month level income, with first payment commencing one (1) month from annuity purchase date.

Guaranteed payments continuing for four (4) years only, providing $75,000 level income paid annually with first payment commencing on 4/28/2008

Guaranteed payments continuing for thirteen (13) years only, providing $3,745 per month level income with first payment commencing on 4/28/2012.

Plus, GUARANTEED lump sum payments of:

$ 75,000 on 4/28/2015
$125,000 on 4/28/2020

Defendants and/or their insurer shall assign the obligation to make the future periodic payments described herein to American General Annuity Service Corporation (the "Assignee") pursuant to §130(c) of the Internal Revenue Code. The Assignee shall fund its obligation to make the future periodic payments through the purchase of an annuity from American General Life Insurance Company (the "Annuity Issuer").

In the event Michael Douglas Tyler fails to survive, any of the periodic payments to be made after his death shall be made to the Estate of Michael Douglas Tyler, without any acceleration thereon, or to such beneficiary as may be requested in writing by Michael Douglas Tyler, upon attaining majority, to the Assignee.

Acceptable Payee designations for ORDERS involving minors/incompetents:

1. To the minor at the age of majority
2. To the parent and natural guardian **jointly** with an officer of a bank
3. To the parent and natural guardian to be deposited into a restricted account
4. To the court appointed guardian/conservator (a copy of the guardianship appointment must also be provided)
5. To the Trustee of a trust (a copy of the executed, court approved trust must be provided)
6. Graciela Perez, as Mother and Natural Guaridan of Michael Douglas Tyler, for the sole use and benefit of Michael Douglas Tyler.

**PLEASE NOTE: To the parent and natural guardian only is not an acceptable designation.**

*A REPRESENTATIVE OF THE PENSION COMPANY SHOULD REVIEW ALL PROPOSED COURT ORDERS TO ENSURE THAT THE INFORMATION IS CORRECT AND THAT THE LANGUAGE WILL BE ACCEPTABLE TO THE LIFE COMPANY AND ASSIGNEE COMPANY INVOLVED.*

## LIST OF COSTS ADVANCED
## Tyler v. City of Fontana

**POLICE/ FIRE DEPARTMENT REPORTS**
| | | |
|---|---|---|
| Central Valley Fire Department of Fontana | - | 10 20 |
| Fontana Police Department | - | 12 00 |
| San Bernardino Sheriff Department (Fee for audio tapes) | - | 190 00 |
| | | **($212.20)** |

**DEFENSE SUBPOENA DUCES TECUM (Copies of school records from SDT'S)**
| | | |
|---|---|---|
| Compex Legal Service (Mountainview records) | - | 40 92 |
| Compex Legal Service (Baldwin Park records) | - | 43 52 |
| | | **($84.44)** |

**COURT FEES/WITNESS & RECORDS SUBPOENAS**
| | | |
|---|---|---|
| San Bernardino Superior Court (State filing fee) | - | 241 50 |
| U S District Court (Federal filing fee) | - | 150 00 |
| | | **($391.50)** |

**FEDERAL EXPRESS/POSTAGE**
| | | |
|---|---|---|
| Express Mail to Attorney Galipo | - | 17 85 |
| Postage from 6/29/04 to 1/10/05 | - | 100 75 |
| | | **($118.60)** |

**COURIER SERVICE (Svc. Process/Filings/Deliveries)**
**MONTEBELLO ATTORNEY SERVICE**
| | | |
|---|---|---|
| Filing of S & C (Superior & District Courts) | - | 85 00 |
| Process of Service (all defendant Officers) | - | 70 64 |
| Copying of Nelson Complaint | - | 47 80 |
| Filing Joint Early Meeting of Counsel Report | - | 60 00 |
| Filing Stipulation to Continue Discovery Cut off | - | 60 00 |
| Filing Stipulation Re *In Camera* Review | - | 60 00 |

**CHEETAH EXPRESS**
| | | |
|---|---|---|
| Filing & Service of 1st Amended Complaint | - | 114 00 |
| | | **($497.44)** |

**COST ADVANCED TO GUARDIAN FOR MINOR** - **1,500.00**

**DEPOSITION TRANSCRIPTS**
A+ Court Reporter - Depositions -
   1  Dr Trenkle, Vol I - 735 75
   2  Dr Trenkle Vol II - 869 50

| | | |
|---|---|---|
| Carol Ann Hargreaves Co | | |
|    1 Copy of Murillo Depo | - | 380 00 |
|    2 Copy of Roberts Depo | - | 135 00 |

Clifton Strickland Court Reporters, Inc (Cost shared with Attorney Dale Galipo)

| | | |
|---|---|---|
|    1 Officer Timothy Frydendall (1,412 50) | - | 706 25 |
|    2 Officer Carlo Granillo (985 25) | - | 492 63 |
|    3 Officers Coyle & Lopez (1,462 75) | - | 731 37 |
|    4 Dr Anthony Morales, M D (687 50) | - | 343 75 |
|    5 Joseph Pastorelle & Benjamin Gonzalez (991 00) | - | 495 50 |
| | | **($4,889.75)** |

**PLAINTIFF'S EXPERTS (Retained)**

| | | |
|---|---|---|
| Roger Clark | - | 2,000 00 |
| (Cost shared with Attorney Dale Galipo) | | |
|    1 Dr Hiserodt, M D , PhD m FCAP (3,750 00) | - | 1,875 00 |
|    2 Daniel Sullivan (1,950 00) | - | 975 00 |
|    3 John T Cooper, M D (2,062 50) | - | 1,031 25 |
|    4 Harris Shonfeld, M D (400 00) | - | 200 00 |
| | | **($6,081.25)** |

| | | |
|---|---|---|
| **MEDIATION ADMINISTRATION FEE** | - | **$75.00** |

**INVESTIGATION/RESEARCH**

| | | |
|---|---|---|
| Investigation by Roel Garcia | - | 3,995 50 |
| | | **($3,995.50)** |

| | | |
|---|---|---|
| **XEROX COSTS** | - | **$200.00** |

Copies of Police reports for Client
Copies of documents for filing of Complaint
Copies of documents for Service of process
Copies of Joint Stip for filing and Service
Copies of Initial Disclosure for service and filing
Copies of deposition, police reports, discovery responses and manuals for experts

                                                                                         **TOTAL    $18,045.68**